FILED

17 FEB 15 AM 11:36

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: mxn    DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISSA GLOVER,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>COMENITY CAPITAL BANK, et al.,<br><br>　　　　　　　Defendants. | Case No.: 3:16-cv-01785-BEN-BLM<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

　　The Court has considered the Joint Motion for Dismissal with Prejudice (the "Joint Motion") filed by Plaintiff Marissa Glover and Defendant Equifax Information Services, LLC ("Equifax"). (Docket No 24.)

　　For good cause shown, the Joint Motion is **GRANTED**. Defendant Equifax is **DISMISSED WITH PREJUDICE** from the action. Each party shall bear its own fees and costs.

　　**IT IS SO ORDERED.**

DATED: February 14, 2017

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. ROGER T. BENITEZ
　　　　　　　　　　　　　　　　　　United States District Judge