| | |
|---|---|
| **KAZEROUNI LAW GROUP, APC** | **HYDE & SWIGART** |
| Abbas Kazerounian, Esq. (249203) | Joshua B. Swigart, Esq. (225557) |
| ak@kazlg.com | josh@westcoastlitigation.com |
| Matthew M. Loker, Esq. (279939) | 2221 Camino Del Rio South, Suite 101 |
| ml@kazlg.com | San Diego, CA 92108 |
| 245 Fischer Avenue, Unit D1 | Telephone: (619) 233-7770 |
| Costa Mesa, CA 92626 | Facsimile: (619) 297-1022 |
| Telephone: (800) 400-6808 | |
| Facsimile: (800) 520-5523 | |

**LAW OFFICE OF CLARK OVRUCHESKY**
Clark Ovruchesky, Esq. (301844)
co@colawcalifornia.com
750 B Street, Suite 3300
San Diego, CA 92101
Telephone:  (619) 356-8960
Facsimile:   (619) 330-7610

*Attorneys for Plaintiff,*
Marissa Glover

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARISSA GLOVER,** | **Case No.:** 16-cv-1785 BEN (BLM) |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| **COMENITY CAPITAL BANK; AND, EQUIFAX INFORMATION SERVICES, LLC,** | **HON. ROGER T. BENITEZ** |
| Defendants. | |

---

Case # 16-cv-1785 BEN (BLM)                                   *Glover v. Comenity Capital Bank., et al.*
**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff MARISSA GLOVER ("Plaintiff") and Defendant COMENITY CAPITAL BANK ("Comenity") has been resolved in its entirety. The Parties anticipate filing a Joint Motion for Dismissal of this Action with Prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after July 5, 2017 for filing a Joint Dismissal.

Date: May 5, 2017                    **KAZEROUNI LAW GROUP, APC**

                                             By:   /s Matthew M. Loker
                                                    MATTHEW M. LOKER, ESQ.
                                                    ATTORNEY FOR PLAINTIFF