# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISSA GLOVER,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>COMENITY CAPITAL BANK, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:16-cv-01785-BEN-BLM<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT COMENITY CAPITAL BANK** |

The Court has considered the Joint Motion for Dismissal with Prejudice (the "Joint Motion") filed by Plaintiff Marissa Glover and Defendant Comenity Capital Bank ("Comenity"). (Docket No 30.)

For good cause shown, the Joint Motion is **GRANTED**. Defendant Comenity is **DISMISSED WITH PREJUDICE** from the action. Each party shall bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: July 21, 2017

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Roger T. Benitez
　　　　　　　　　　　　　　　　　　　United States District Judge